✓ RETAIN

CC

Wendelin I. Lipp , U.S. BANKRUPTCY JUDGE          Evidentiary Hrg: Y  N

PROCEEDING MEMO - ADVERSARY PROCEEDINGS

Date: 02/22/2010 Time: 10:00

09-00714 Plank v. Gomez-Kling

Related:09-17924 Thomas Aaron Plank

(NS)

PRO SE Thomas Aaron Plank (Plaintiff)

(NS)

PRO SE Clare Marie Gomez-Kling (Defendant)

[1] Adversary case 09-00714. (14 (Recovery of money/property - other)) Complaint and Request for Jury Trial Demand by Thomas Aaron Plank against Clare Marie Gomez-Kling . (McKenna, S)   CORRECTIVE ENTRY: ATTACHED ADVERSARY COVER SHEET. Modified on 10/20/2009 (Walston, D).
Movant: Thomas Plank (no aty)

[7]  Motion for Entry Default Judgment  Filed by  Thomas Aaron Plank  (related document(s)[1] Complaint filed by Plaintiff Thomas Aaron Plank) .
Movant: Thomas Plank (no aty)

SCHEDULE:

1. Discovery cutoff:_____    6. Pretrial memos/exhibits:_____
2. Dispositive motions:_____    7. Trial times est:_____days____hrs
3. Status report due:_____    8. Trial date:_____ time:_____
4. Motions hrg. date:_____    9. Expert witness & Rpts:_____
5. Final pretrial hrg:_____   10. Reissue Summons:_____

DISPOSITION:

Granted___  Denied___  Withdrawn___  Default___  Consent___  Under Adv.___
Adjourned / Continued to:_____ at _____ m.  Notice: YES / NO

FINAL DISPOSITION:

_____Judgment for Plaintiff(s)_____
_____Judgment for Defendant(s)_____
_____Consent                    ✓ (Withdrawn/ Dismissed/) Deny
Amount: $ _____         for want of Prosecution
                                 _____Day Settlement Order
_____Decision Reserved          _____Moot
_____Default / No Response      _____Soldiers' & Sailors' Affidavit Due
_____Show Cause Order.          _____Other:_____
Adjourned / Continued to:_____ at _____.m.  Notice: YES / NO
Post Trial Memos Due:  Plaintiff:_____  Defendant:_____

NOTES: